UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 08-80369

ST. MARY'S HOSPITAL, INC., d/b/a
ST. MARY'S MEDICAL CENTER,

        Plaintiff,

v.

STERICYCLE, INC.,

        Defendant.

## ORDER GRANTING MOTION FOR LIMITED APPEARANCE OF PATRICK W. SPANGLER, CONSENT TO DESIGNATION AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILINGS

THIS CAUSE having come before the Court on the Motion for Limited Appearance of Patrick W. Spangler and Consent to Designation, requesting, pursuant to Rule 4B of the Special Rules Governing the Admission and Practice of Attorneys in the United States District Court for the Southern District of Florida, permission for a limited appearance of Patrick W. Spangler in this matter and request to electronically receive notice of electronic filings. This Court having considered the motion and all other relevant factors, it is hereby

        ORDERED and ADJUDGED that:

The Motion for Limited Appearance, Consent to Designation and Request to Electronically Receive Notices of Electronic Filings is GRANTED. Patrick W. Spangler is granted to appear and participate in this action on behalf of Stericycle, Inc. The Clerk shall

provide electronic notification of all electronic filings to Patrick W. Spangler at pspangler@vedderprice.com.

DONE AND ORDERED in Chambers at \_\_\_\_West Palm Beach\_\_\_\_Florida this \_\_18\_\_ day of \_\_April_____, 2008.

_____
United States District Judge

Copies furnished to:
All Counsel of Record