UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 08-80369-CIV-MIDDLEBROOKS/JOHNSON

ST. MARY'S HOSPITAL, INC. d/b/a )
ST. MARY'S MEDICAL CENTER, )
)
)
       Plaintiffs, )
v. )
)
)
STERICYCLE, INC. )
)
)
       Defendant. )
_____/

## ORDER ON STIPULATION FOR SUBSTITUTION OF COUNSEL

Based on the Stipulation for Substitution of Counsel, it is hereby

**ORDERED AND ADJUDGED:**

1.  The law firm of Littler Mendelson, P.C. is hereby substituted as co-counsel for Defendant, Stericycle, Inc.

2.  The law firm of Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A. is permitted to withdraw as counsel for Defendant in this action.

3.  That all future pleadings and correspondence should be forwarded to Patrick F. Martin, Esq. of the law firm of Littler Mendelson, P.C., One Biscayne Tower, 2 South Biscayne Blvd., Suite 1500, Miami, Florida 33131.

**DONE AND ORDERED** in Chambers at Palm Beach County, Florida this 19 day of June 2008.

                                                           Donald M. Middlebrooks
                                                           U.S. District Court Judge

**Copies to all parties on service list**

**SERVICE LIST**
*St. Mary's Hospital, Inc. v. Stericycle, Inc.*
**Case No: 08-80369-civ-Middlebrooks/Johnson
United States District Court, Southern District of Florida**

Lorne S. Cabinsky
Lorne S Cabinsky PA
101 NE 3rd Avenue , Suite 1500
Fort Lauderdale, FL 33301
Tel:    954-332-3821
Fax:    954-332-3823
Email: lc@lcabinskylaw.com
*Counsel for Plaintiff*
*(Served via transmission of Notices of*
*Electronic Filing generated by CM/ECF)*

Robert S. Turk, Esq.
Email: rturk@swmwas.com
Stearns Weaver Miller Weissler
  Alhadeff & Sitterson, P.A.
Museum Tower
150 W. Flagler St., Ste. 2200
Miami, FL 33130
Tel. 305.789.3226
Fax 305.789.3395

Patrick F. Martin, Esq.
Email: pfmartin@littler.com
Littler Mendelson, P.C.
One Biscayne Tower, Suite 1500
2 S. Biscayne Blvd.
Miami, FL  33131
Tel. 305.400.7500
Fax 305.603.2552

Patrick W. Spangler
Email: pspangler@vedderprice.com
Steven L. Hamann
Email: shamann@vedderprice.com
Vedder Price Kaufman & Kammholz
222 N LaSalle Street
Suite 2600
Chicago, IL 60601-1003
312-609-7797
*Counsel for Defendant*
*(Served via transmission of Notices of*
*Electronic Filing generated by CM/ECF)*